# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

JANICE PAYNE

E-filing

SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

C08-02098 WDB

BAY AREA RAPID TRANSIT DISTRICT, and
DOES 1-10, Inclusive

TO: (Name and address of defendant)

Bay Area Rapid Transit District
300 Lakeside Drive
Oakland, CA 94604-2688

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PAUL REIN (SBN 43053)
LAW OFFICES OF PAUL L. REIN
200 LAKESIDE DRIVE
STE A
OAKLAND CA 94612
510/832-5001

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE APR 2 2 2008

**KELLY COLLINS**

(BY) DEPUTY CLERK