PAUL L. REIN, Esq. (Calif. State Bar No. 43053)
JULIE OSTIL, Esq. (Calif. State Bar No. 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
510/832-5001 phone
510/832-4787 fax

Attorneys for Plaintiffs
JANICE PAYNE

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE PAYNE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BAY AREA RAPID TRANSIT DISTRICT, and DOES 1-10, Inclusive,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 08-2098 WDB<br><u>Civil Rights</u><br><br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned, on behalf of plaintiff JANICE PAYNE, hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit Court of Appeals.

Dated: April 28, 2008	PAUL L. REIN
	JULIE OSTIL
	LAW OFFICES OF PAUL L. REIN


	　　/s/ Julie Ostil
	Attorneys for Plaintiffs
	JANICE PAYNE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT TO JURISDICTION BY U.S. MAGISTRATE JUDGE
CASE NO.C08-2098 WDB            -1-            S:\SLR\BART-PAYNE\PLEADINGS\CONSENT TO MAG JUDGE.PL.wpd