PAUL L. REIN, Esq., (SBN 43053)
JULIE A. OSTIL, Esq., (SBN 215202)
ANN WINTERMAN, Esq. (SBN 222257)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787

Attorneys for Plaintiff:
JANICE PAYNE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE PAYNE, | CASE NO. 08-2098 WDB |
| Plaintiff, | Civil Rights |
| v. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| BAY AREA RAPID TRANSIT DISTRICT, and DOES 1-10, Inclusive | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: April 29, 2008

PAUL L. REIN
JULIE A. OSTIL
ANN WINTERMAN
LAW OFFICES OF PAUL L. REIN


_____/s/ Paul L. Rein_____
Attorneys for Plaintiff:
JANICE PAYNE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. 07-1509 JL                    S:\SLR\BART-PAYNE\PLEADINGS\CERT INT PARTIES.PL.wpd