| Attorney or Party without Attorney: <br> PAUL L. REIN ESQ, Bar #43053 <br> LAW OFFICES OF PAUL L. REIN <br> 200 LAKESIDE DRIVE, STE A <br> Oakland, CA 94612 <br> Telephone No: 510-832-5001   FAX No: 510-832-4787 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of California | |
| Plaintiff: PAYNE | |
| Defendant: BAY AREA RAPID TRANSIT DISTRICT | |

| PROOF OF SERVICE <br> SUM-CIVI/CASE & COMP | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C0802098WDB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case And Complaint; , Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order, Standing Order For All Judges Of The Northern District Of California-Contents Of Joint Case Management Statement, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Consent To Proceed Before A United States Magistrate Judge, Certification Of Interested Entities Or Persons, Notice Of Electronic Filing Or Other Case Activity, Ecf Registration Information Handout

3. a. Party served:           BAY AREA RAPID TRANSIT DISTRICT
   b. Person served:          KENNETH A. DURON, DISTRICT SECRETARY

4. Address where the party was served:    300 LAKESIDE DRIVE, 23RD FL
                                          Oakland, CA 94612

5. I served the party:
   b. **by substituted service.** On: Fri., May. 02, 2008 at: 11:30AM by leaving the copies with or in the presence of:
      KENNETH A. DURON, DISTRICT SECRETARY
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. EDWIN M. BLAMA                          d. *The Fee for Service was:*   $60.00



   1280 BOULEVARD WAY #205                     e. I am: (3) registered California process server
   WALNUT CREEK, CA 94595                         (i)   Independent Contractor
   (925) 947-3470                                 (ii)  Registration No.:    690
   FAX (925) 947-3480                             (iii) County:              CONTRA COSTA
   WWW.ONEHOUR.NET

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, May. 02, 2008

| Judicial Council Form <br> Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE <br> SUM-CIVI/CASE & COMP | (EDWIN M. BLAMA) | reinpr.11493 |
|---|---|---|---|

| Attorney or Party without Attorney: <br> PAUL L. REIN ESQ, Bar #43053 <br> LAW OFFICES OF PAUL L. REIN <br> 200 LAKESIDE DRIVE, STE A <br> Oakland, CA 94612 <br> Telephone No: 510-832-5001   FAX No: 510-832-4787 | For Court Use Only |
|---|---|
| Ref. No or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of California | |
| Plaintiff: PAYNE | |
| Defendant: BAY AREA RAPID TRANSIT DISTRICT | |

| **PROOF OF SERVICE** <br> **By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C0802098WDB |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case And Complaint; , Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order, Standing Order For All Judges Of The Northern District Of California-Contents Of Joint Case Management Statement, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Consent To Proceed Before A United States Magistrate Judge, Certification Of Interested Entities Or Persons, Notice Of Electronic Filing Or Other Case Activity, Ecf Registration Information Handout

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:        Mon., May. 05, 2008
   b. Place of Mailing:       Walnut Creek, CA 94595
   c. Addressed as follows:   BAY AREA RAPID TRANSIT DISTRICT
                              300 LAKESIDE DRIVE, 23RD FL
                              Oakland, CA 94612
                              **ATTN: KENNETH DURON, DISTRICT SECRETARY**

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., May. 05, 2008 in the ordinary course of business.

5. Person Serving:                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. L. RAMIREZ                                            d. **The Fee** for Service was:   $60.00
   b. One Hour Delivery Service                             e. I am: (3) registered California process server
      1280 Boulevard Way #205                                  (i)   Employee
      Walnut Creek, CA 94595                                   (ii)  Registration No.:        #641
   c. 925-947-1100, FAX 925-947-3480                           (iii) County:                  CONTRA COSTA

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Fri, May. 02, 2008

                                                                              L. Ramirez
                                                                              (L. RAMIREZ)

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007        By Mail                              reinpr.11493