MARK F. HAZELWOOD, # 136521
LAURA S. FLYNN, #148511
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California  94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendant
BAY AREA RAPID TRANSIT DISTRICT

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE PAYNE,<br><br>        Plaintiff,<br><br>    v.<br><br>BAY AREA RAPID TRANSIT DISTRICT, and DOES 1-10, Inclusive,<br><br>        Defendants. | Case No. C08-02098 WDB<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 27, 2008.

LOW, BALL & LYNCH

By_____
MARK F. HAZELWOOD
Attorneys for Defendant
BAY AREA RAPID TRANSIT DISTRICT

-1-
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

J:\1752\sf0206\Pld\P-Cert.wpd