1  MARK F. HAZELWOOD, # 136521
   LAURA S. FLYNN, #148511
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendant
   BAY AREA RAPID TRANSIT DISTRICT

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE PAYNE,<br><br>                    Plaintiff,<br><br>         v.<br><br>BAY AREA RAPID TRANSIT DISTRICT, and DOES 1-10, Inclusive,<br><br>                    Defendants. | Case No. C08-02098 WDB<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE:

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 27, 2008.

LOW, BALL & LYNCH

By /s/ Mark F. Hazelwood
MARK F. HAZELWOOD
Attorneys for Defendant
BAY AREA RAPID TRANSIT DISTRICT

-1-
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
J:\1752\sf0206\Pld\P-ConsentMagistrate.wpd

*Payne v. Bay Area Rapid Transit District*
United States District Court - Northern District Case No.: C08-02098 WDB

**PROOF OF SERVICE**

I am over the age of eighteen (18) years and not a party to the within action. I am employed at Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, California 94111.

On the date indicated below, I served the following documents enclosed in a sealed envelope on the listed addresses:

**DOCUMENT:** CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

**ADDRESSES:**
Ross M. Meltzer, Esq.
Law Offices of Ross M. Meltzer
24301 Southland Drive, #613
Hayward, CA 94545
Telephone: 510/784-1200
Facsimile: 510/783-8909
**Attys. for Plaintiff**

[X] **(BY MAIL)** I placed a true copy, enclosed in a sealed, postage paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

[ ] **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressees noted above or on the attachment herein by _____ Legal Services.

[ ] **(BY FACSIMILE)** I caused the said document to be transmitted by Facsimile transmission to the number indicated after the addresses noted above or on the attachment herein.

[ ] **(BY OVERNIGHT COURIER)** I caused each such envelope addressed to the parties to be deposited in a box or other facility regularly maintained by the overnight courier or driver authorized by the overnight courier to receive documents.

I am readily familiar with this law firm's practice for the collection and processing of documents for regular and certified mailing, overnight mail, and facsimile transaction, and said document(s) are deposited with the United States Postal Service or overnight courier depository on the same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on June 5, 2008.

*Danielle Costes*
Danielle Costes

---
-1-
PROOF OF SERVICE

J:\1752\sf0206\Spos.wpd