# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JANICE PAYNE

                Plaintiff(s),

    v.

BAY AREA RAPID TRANSIT

                Defendant(s).

CASE NO. C08-02098 WDB

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

- ✓ have not yet reached an agreement to an ADR process
- ✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 7/30/08

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Paul Rein | Janice Payne | 510-832-5001 | reinlawoffice@aol.com |
| Mark Hazelwood | BARTD | 415-981-6630 | Mhazelwood@bwball.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 7/21/08

Dated: 7/16/08

                            Julie Ostil
                            Attorney for Plaintiff

                            Attorney for Defendant

Rev 12.05