UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANICE PAYNE,
    Plaintiff,

No. C 08-2098 WDB

v.

CLERK'S NOTICE RESCHEDULING
CASE MANAGEMENT CONFERENCE

BAY AREA RAPID TRANSIT, et al.,
    Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

Please take notice that to accommodate a conflict in the Court's schedule, the Case Management Conference set for July 30, 2008, at 4:00 p.m. is **rescheduled** to **Wednesday, September 17, 2008, at 4:00 p.m.** in Courtroom 4, 3rd Floor, U.S. Courthouse, 1301 Clay Street, Oakland, California 94612.

Lead trial counsel for each party must appear at the Case Management Conference. If the parties wish to update their Joint Case Management Statement, filed on July 23, 2008, they may do so (but are not required to do so) by September 15, 2008.

Dated: July 28, 2008

    Richard W. Wieking, Clerk
    United States District Court

*Sarah Weinstein*

By:    Sarah Weinstein
        Law Clerk/Deputy Clerk