PAUL L. REIN, Esq. (SBN 43053)
JULIE A. OSTIL, Esq. (SBN 215202)
CELIA MCGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Tel:(510) 832-5001
Fax: (510) 832-4787

ROSS M. MELTZER, Esq. (SBN 122270)
24301 Southland Dr., #613
Hayward, CA 94545
Tel:(510) 784-1200
Fax: (510) 783-8909 fax

Attorneys for Plaintiff
JANICE PAYNE

MARK F. HAZELWOOD, Esq. (SBN 136521)
LAURA S. FLYNN, Esq. (SBN 148511)
LOW, BALL & LYNCH
505 Montgomery St., 7th Floor
San Francisco, CA 94111-2584
Tel: (415) 981-6630
Fax:(415)982-1634

Attorney for Defendants:
Bay Area Rapid Transit District

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE PAYNE,<br><br>    Plaintiff,<br><br>v.<br><br>BAY AREA RAPID TRANSIT<br>DISTRICT, and DOES 1-10, Inclusive,<br><br>    Defendants.<br>_____ / | CASE NO. C08-02098 WDB<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE FURTHER CASE<br>MANAGEMENT CONFERENCE**<br><br>Date: March 4, 2009<br>Time: 4:00 PM<br>Judge: Hon. Wayne D. Brazil<br>Place: U.S. District Court<br>          450 Golden Gate<br>          San Francisco, CA |

The parties request a brief continuance of the currently scheduled Further Case Management Conference for the following good cause:

    1.    The parties have been diligently working towards settlement. The parties

---

**Stip to Continue Further Case Management
Conference: Case No. C08-02098 WDB**

— 1 —

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

c:\documents and settings\workstation\local settings\temp\notes95ec0b\stip to continue further cmc.doc

1. believe that they will be able to settle the case, or at least determine whether settlement is possible, within the next two weeks.

2. The parties have requested a further settlement conference with Judge Larson to be held on March 10, 2009, in the event that they are not able to settle the case through direct negotiations.

3. Holding a further case management conference, requiring a meet and confer of counsel and preparation of an Updated Joint Case Management Statement would increase the attorney fees in the litigation and make the case less likely to settle.

4. A brief continuance of the Further Case Management Conference will not prejudice any party, as there are no pending pre-trial or trial dates.

Accordingly, all parties request that the Further Case Management Conference currently scheduled for March 4, 2009, be continued for two weeks, to March 18, 2009, with an Updated Joint Case Management Statement to be filed no later than March 16, 2009, in the event that the case has not settled by that time.

Dated: February 26, 2009

PAUL L. REIN
JULIE OSTIL
CELIA MCGUINNESS
LAW OFFICES OF PAUL L. REIN

ROSS MELTZER, ESQ.

/s/ Julie Ostil
Attorneys for Plaintiff
JANICE PAYNE

Dated: February 26, 2009

MARK HAZELWOOD
LAURA S. FLYNN
LOW, BALL & LYNCH

/s/ Mark Hazelwood
Attorneys for Defendant
BAY AREA RAPID TRANSIT DISTRICT

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stip to Continue Further Case Management
Conference: Case No. C08-02098 WDB

— 2 —

c:\documents and settings\workstation\local settings\temp\notes95cc0b\stip to continue further cmc.doc

## [PROPOSED] ORDER

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that the Further Case Management Conference currently set for March 4, 2009 is continued to March 18, 2009, with an Updated Case Management Conference Statement to be filed no later than March 16, 2009.

Dated: 2/27/09

_____
Hon. Wayne D. Brazil
U.S. Magistrate Judge

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stip to Continue Further Case Management Conference: Case No. C08-02098 WDB**

— 3 —

c:\documents and settings\workstation\local settings\temp\notes95ee06\stip to continue further cmc.doc