# ◆ LAW OFFICE OF JULIE A. OSTIL ◆

1989 Santa Rita Rd. #A-405                                          Tel: 925-265-8257
Pleasanton, CA 94566                                                 Fax: 925-999-9465
www.ostillaw.com                                                       jostil@ostillaw.com

March 4, 2009
By E-Filing



Hon. James Larson
U.S. Chief Magistrate Judge
450 Golden Gate Ave.
San Francisco, CA

         Re: <u>Janice Payne v. BART</u>
             U.S.D.C., Northern District of California
             Case No. C08-2098 WDB-JL
             Parties' Request to Set Further Settlement Conference on March 10

Dear Judge Larson:

        All parties request that a Further Settlement Conference be set in the above-entitled matter for 10 a.m. on March 10, 2009. The parties have been holding productive settlement discussions and hope that the case will settle prior to this date, but in the event it does not, the parties would very much appreciate the Court's supervision of a second Settlement Conference.

        The parties thank the Court for its consideration of this request.

                               Sincerely,

                               /s/

                               Julie A. Ostil

Cc: Paul L. Rein, Esq.
     Celia McGuinness, Esq.
     Mark Hazelwood, Esq.