03/17/2009 10:58 FAX 510 832 0984    CIV RGHT 30 FINCH    Case 4:08-cv-02098-WDB   Document 30   Filed 03/18/09   Page 1 of 7   ☑002/011

MAR. 9. 2009   9:37AM    L   / RISK MANAGEMENT      NO. 3897   P. 2

1   PAUL L. REIN, Esq. (SBN 43053)
    CELIE McGUINNESS, Esq. (SBN 159420)
2   LAW OFFICES OF PAUL L. REIN
    200 Lakeside Drive, Suite A
3   Oakland, CA 94612
    Telephone: 510/832-5001
4   Facsimile: 510/832-4787

5   ROSS M. MELTZER, Esq. (SBN 122270)
    LAW OFFICES OF ROSS M. MELTZER
6   24301 Southland Dr., #613
    Hayward, CA 94545
7   Telephone: 510/784-1200
    Facsimile: 510/783-8909

8
    Attorneys for Plaintiff
9   JANICE PAYNE

10   MARK F. HAZELWOOD, Esq. (SBN 136521)
    LOW, BALL & LYNCH
11   505 Montgomery St., 7th Floor
    San Francisco, CA 94111-2584
12   Telephone: 415/981-6630
    Facsimile: 415/982-1634

13
    Attorneys for Defendant
14   BAY AREA RAPID TRANSIT DISTRICT

15

16           UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA

17

18

19   JANICE PAYNE,               CASE NO. C08-02098 WDB
                            Civil Rights
20        Plaintiff,

21   v.

22   BAY AREA RAPID TRANSIT        CONSENT DECREE AND
    DISTRICT; and DOES 1-10, Inclusive,    [~~PROPOSED~~] ORDER
23
       Defendants.
24   _____/

25

26              **CONSENT DECREE AND ORDER**

27      1.     Plaintiff Janice Payne filed a Complaint in this action on April 22,

28   2008, to obtain recovery of damages for her discriminatory experiences, denial of

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO.C08-02098 WDB         -1-          S:\SLR\CASES\B\BART-PAYNE\PLEADINGS\Consent Decree (final).wpd

1   access, denial of her civil rights, and personal injuries, and to enforce provisions
2   of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§ 12101 *et*
3   *seq.*, and California civil rights laws against defendant Bay Area Rapid Transit
4   District, relating to the condition their public accommodations as of plaintiff's
5   visit of May 29, 2007, and continuing. Plaintiff has alleged that defendants
6   violated Title II of the ADA and California Civil Code §§ 51, 52, 54, 54.1, 54.3
7   and 55, and Government Code §§ 4450 *et seq.*, by failing to provide full and
8   equal access to their facilities at Lake Merritt BART station in Oakland,
9   California.

10      2.      Defendant BART ("Defendant") denies the allegations in the
11  Complaint and by entering into this Consent Decree and Order does not admit
12  liability to any of the allegations in plaintiff's Complaint filed in this action. The
13  parties hereby enter into this Consent Decree and Order for the purpose of
14  resolving the injunctive relief allegations of this lawsuit without the need for
15  protracted litigation, and without the admission of any liability.

16

17  **JURISDICTION**

18      3.      The parties to this Consent Decree and Order agree that the Court has
19  jurisdiction of this matter pursuant to 28 USC § 1331 for alleged violations of the
20  Americans with Disabilities Act of 1990, 42 USC §§ 12101 *et seq.*, and pursuant
21  to supplemental jurisdiction for alleged violations of California Health & Safety
22  Code §§ 19955 *et seq.*, including § 19959; Title 24 California Code of
23  Regulations; and California Civil Code §§ 51, 52, 54, 54.1, 54.3, and 55.

24      4.      In order to avoid the costs, expense, and uncertainty of protracted
25  litigation, the parties to this Consent Decree and Order agree to entry of this
26  Order to resolve the injunctive relief claims raised in the Complaint filed with this
27  Court. Accordingly, they agree to the entry of this Order without trial or further
28  adjudication of any issues of fact or law concerning plaintiff's injunctive relief

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 451-6001
CONSENT DECREE AND [PROPOSED] ORDER
CASE NO.C08-02098 WDB                    -2-         S:\SLR\CASES\B\BART\PAYNE\PLEADING\Consent Decree (final).wpd

1   claims.

2   WHEREFORE, the parties to this Consent Decree and Order hereby

3   agree and stipulate to the Court's entry of this Consent Decree and Order, which

4   provides as follows:

5

6   **SETTLEMENT OF INJUNCTIVE RELIEF**

7   5.   This Order shall be a full, complete, and final disposition and

8   settlement of plaintiff's claims against defendants for injunctive relief that have

9   arisen out of the subject Complaint.  The parties agree that there has been no

10   admission or finding of liability or violation of the ADA and/or California civil

11   rights laws, and this Consent Decree and Order should not be construed as such.

12   6.   The parties agree and stipulate that the corrective work will be

13   performed in compliance with the standards and specifications for disabled access

14   as set forth in the California Code of Regulations, Title 24-2 and Americans with

15   Disabilities Act Accessibility Guidelines, unless other standards are specifically

16   agreed to in this Consent Decree and Order.

17   7.   <u>Remedial Measures</u>: The corrective work agreed upon by the parties

18   is as set forth in Attachment A.

19   8.   <u>Timing of Injunctive Relief</u>: Defendant will complete all work within

20   the time period specified in Attachment A, the last of which will be completed

21   within 18 months of date of entry of this Consent Decree and Order.  In the event

22   that unforeseen difficulties prevent defendant from completing any of the

23   agreed-upon injunctive relief, defendant or its counsel will notify plaintiff's

24   counsel in writing within 15 days of discovering the delay.  Defendant or its

25   counsel will notify plaintiff's counsel when the corrective work is completed, and

26   in any case will provide a status report no later than 120 days from the entry of

27   this Consent Decree.

28

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. C08-02098 WDB                    -3-                    S:\SLR\CASES\B\BART-PAYNE\PLEADINGS\Consent Decree (final).wpd

1  **DAMAGES, ATTORNEY FEES, LITIGATION EXPENSES, AND COSTS**

2    9.    The parties have not yet reached an agreement regarding plaintiff's

3  claims for damages, attorney fees, litigation expenses and costs. All such claims

4  remain outstanding.

5

6  **ENTIRE CONSENT ORDER**

7    10.    This Consent Decree and Order, and Attachment A to this Consent

8  Decree and Order, which is incorporated herein by reference as if fully set forth in

9  this document, constitute the entire agreement between the signing parties, and no

10  other statement, promise, or agreement, either written or oral, made by any of the

11  parties or agents of any of the parties, that is not contained in this written Consent

12  Decree and Order, shall be enforceable regarding the matters described herein.

13

14  **CONSENT DECREE AND ORDER BINDING ON PARTIES AND**
15  **SUCCESSORS IN INTEREST**

16    11.    This Consent Decree and Order shall be binding on plaintiff Janice

17  Payne, defendant Bay Area Rapid Transit District, and any successors in interest.

18  The parties have a duty to so notify all such successors in interest of the existence

19  and terms of this Consent Decree and Order during the period of the Court's

20  jurisdiction of this Consent Decree and Order.

21

22  **MUTUAL RELEASE AND WAIVER OF CIVIL CODE SECTION 1542**

23    12.    Each of the parties to this Consent Decree and Order understands and

24  agrees that there is a risk and possibility that, subsequent to the execution of this

25  Consent Decree and Order, any or all of them will incur, suffer, or experience

26  some further loss or damage with respect to the injunctive relief portion of this

27  lawsuit which are unknown or unanticipated at the time this Consent Decree and

28  Order is signed by the parties. Except for all obligations required in this Consent

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. C08-02098 WDB                    -4-                    S:\SLR\CASES\B\BART-PAYNE\PLEADINGS\Consent Decree (final).wpd

03/17/2009 10:59 FAX 0415 982 0534 WDB    LOW BALL AND LYNCH    Page 5 of 7    @006/011
MAR. 9. 2009  9:38AM      E—— RISK MANAGEMENT                    NO. 3897  P. 6

Case 4:08-cv-02098-WDB    Document 30    Filed 03/18/09    Page 5 of 7

1    Decree and Order, the parties intend that this Consent Decree and Order apply to
2    all such further loss with respect to the injunctive relief claims, except those
3    caused by the parties subsequent to the execution of this Consent Decree and
4    Order. Therefore, except for all obligations required in this Consent Decree and
5    Order, this Consent Decree and Order shall apply to and cover any and all
6    injunctive relief claims, demands, actions and causes of action by the parties to
7    this Consent Decree and Order with respect to the lawsuit, whether the same are
8    known, unknown or hereafter discovered or ascertained, and the provisions of
9    Section 1542 of the California Civil Code are hereby expressly waived. Section
10   1542 provides as follows:

11           A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS
             WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO
12           EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING
             THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST
13           HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT
             WITH THE DEBTOR.
14

15          13.    Except for all obligations required in this Consent Decree and Order,
16   each of the parties to this Consent Decree and Order, on behalf of each, their
17   respective agents, representatives, predecessors, successors, heirs, partners and
18   assigns, releases and forever discharges each other party and all officers,
19   directors, shareholders, subsidiaries, joint venturers, stockholders, partners, parent
20   companies, employees, agents, attorneys, insurance carriers, heirs, predecessors,
21   and representatives of each other party, from all injunctive relief claims, demands,
22   actions, and causes of action of whatever kind or nature, presently known or
23   unknown, arising out of or in any way connected with the lawsuit.
24

25   **TERM OF THE CONSENT DECREE AND ORDER**
26          14.    This Consent Decree and Order shall be in full force and effect for a
27   period of twelve (12) months after the date of entry of this Consent Decree and
28   Order, or until the injunctive relief contemplated by this Order is completed,

LAW OFFICES OF
.UL L. REIN
--- LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO.C08-02098 WDB

-5-

S:\SLR\CASES\B\BART-PAYNE\PLEADINGS\Consen Decree (final).wpd

1 │ whichever occurs later. The Court shall retain jurisdiction of this action to

2 │ enforce provisions of this Consent Decree and Order for twelve (12) months after

3 │ the date of this Consent Decree and Order, or until the injunctive relief

4 │ contemplated by this Consent Decree and Order is completed, whichever occurs

5 │ later.

6

## 7 SEVERABILITY

8      15.   If any term of this Consent Decree and Order is determined by any

9 │ court to be unenforceable, the other terms of this Consent Decree and Order shall

10 │ nonetheless remain in full force and effect.

11

## 12 SIGNATORIES BIND PARTIES

13      16.   Signatories on the behalf of the parties represent that they are

14 │ authorized to bind the parties to this Consent Decree and Order. This Consent

15 │ Decree and Order may be signed in counterparts and a facsimile signature shall

16 │ have the same force and effect as an original signature.

17

18

19

20 │ Dated: March 18, 2009 December ___, 2008

Plaintiff JANICE PAYNE

21

22

23

24 │ Dated: December ___ 2008

25 │ FEBRUARY 25, 2009

Defendant BAY AREA RAPID
TRANSIT DISTRICT

26

27 │ //

28 │ //

LAW OFFICES OF
AUL L. REIN
LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. C08-02098 WDB

-6-

S:\SLR\CASES\B\BART-PAYNE\PLEADINGS\Consent Decree (final).wpd

1 | APPROVED AS TO FORM:

2

3 | Dated: ~~December~~ MARCH 18, 2009

LAW OFFICES OF PAUL L. REIN
LAW OFFICES OF ROSS M. MELTZER

4

5

6

By PAUL L. REIN
Attorneys for Plaintiff
JANICE PAYNE

7

8

9 | Dated: ~~December~~ , 2008

LOW, BALL & LYNCH

10 | ~~Fe~~ Mczh 9, 2009

11

12

By MARK F. HAZELWOOD
Attorneys for Defendant
BAY AREA RAPID TRANSIT DISTRICT

13

14

15

16

17 | **ORDER**

18 | Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED.**

19 | March 18, 2009

20 | Dated: ~~December~~ ~~2008~~

21

WAYNE D. BRAZIL
United States Magistrate Judge

22

23

24

25

26

27

28

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 831-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO.C08-02098 WDB

-7-

S:\SLR\CASES\B\BART-PAYNE\PLEADINGS\Consent Decree (final).wpd