UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANICE PAYNE,

         Plaintiff,

v.

BAY AREA RAPID TRANSIT DISTRICT,

         Defendant.

_____/

No. C 08-2098 WDB

**ORDER ON LETTER BRIEFS**

    The Court has reviewed the parties' written submissions regarding payment of fees and costs, and ORDERS Mr. Hazelwood, as counsel for BARTD, to file by August 17, 2009, a declaration by a knowledgeable BARTD representative confirming that the payment was made or explaining the failure to make the payment by that date.

**IT IS SO ORDERED.**

Dated: August 5, 2009

_____
WAYNE D. BRAZIL
United States Magistrate Judge